FREDERICK APPLEGATE, PLAINTIFF-APPELLANT.
v. JANET WOJACZYK, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued November 4, 1968—Decided November 13, 1968.

Before Judges GOLDMANN, KOLOVSKY and CARTON.

*Mr. Frederick Applegate,* appellant, argued the cause *pro se.*

*Mr. Robert C. Rafano* argued the cause for respondent.

PER CURIAM. Plaintiff sued for the balance of rent due under a one-year lease. The defense was constructive eviction. Judgment went in defendant's favor; the trial judge held that the case was a close one, plaintiff had the burden of proof, and he had not sustained it.

Plaintiff's motion for a new trial was denied. His further motion to amend the statement in lieu of record settled by the trial judge (R. R. 1:6–3) was also denied.

 The trial judge misplaced the burden of proof. Where constructive eviction is raised as a defense to an action for rent, the burden is upon defendant to prove such eviction. *Alexandria Realty Co. v. Whitman,* 8 *N. J. Misc.* 21, 148 *A.* 12 *(Sup. Ct.* 1929); *cf. Gunther v. Oliver,* 97 *N. J. L.* 376 *(Sup. Ct.* 1922). The matter must therefore be remanded for a reevaluation of the proofs in the light of that rule.

Reversed and remanded for new findings, to be filed within three weeks. We retain jurisdiction.